UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PABLO L. LAVARES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No.<br>CV 12-07737 JGB (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the March 22, 2013 Order, IT IS ORDERED AND ADJUDGED that Defendants Bank of America, N.A.; Bank of New York Mellon; ReconTrust Company, N.A.; and Mortgage Electronic Registration Systems, Inc., are DISMISSED WITHOUT PREJUDICE from Plaintiffs' Complaint. The Court orders that such judgment be entered.

Dated: March 22, 2013

JESUS G. BERNAL
United States District Judge