UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-7737 JGB (MANx)** | Date | March 13, 2014 |

Title  *Ramon Pablo L. Lavares, et al. v. Bank of America N.A., et al.*

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)**

Plaintiffs are ORDERED to show cause why this case should not be dismissed, for lack of prosecution as to Defendant Casa Blanca Mortgage Inc.  <u>Link v. Wabash R. Co.</u>, 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

Plaintiffs filed the Complaint on September 10, 2012.  (Doc. No. 1.)  Plaintiffs have failed to file proofs of service on Defendant Casa Blanca Mortgage Inc within 120 days of the filing of the Complaint.  Plaintiffs can satisfy this order by showing that service was effectuated on Defendant Casa Blanca Mortgage Inc. within the 120 day deadline or by showing good cause for failure to do so.  Fed. R. Civ. P. 4(m).

Plaintiff must respond to this order by **March 31, 2014**.  Failure to respond to this Order will be deemed consent to the dismissal of Defendant Casa Blanca Mortgage Inc. from the Complaint.

**IT IS SO ORDERED.**