O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PABLO LAVARES, et al., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NA, et al., <br><br> Defendant. | Case No. <br> CV 12-07737-JGB (MANx) <br><br> **JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

   Plaintiffs Ramon and Rorelie Lavares filed their Complaint on September 10, 2012.  (Doc. No. 1.)

   On March 13, 2014, the Court issued an order to show cause why the case should not be dismissed for lack of prosecution, as Plaintiff had failed to file proof of service as to Defendant Casa Blanca Mortgage, Inc. within 120 days of removal.  (Doc. No. 23.)  Fed. R. Civ. P. 4(m).  The Court put Plaintiffs on notice that failure to respond to the order would be deemed consent to the dismissal of the action.  (Id.)

1      As of the date of this Order, Plaintiffs have not
2 responded to the order to show cause, nor have they filed
3 proof of service as to Defendant.  Plaintiffs have not
4 filed anything in this action since initiating the
5 Complaint.
6      As there are no remaining Defendants[1], the Court
7 DISMISSES Plaintiffs' Complaint WITHOUT PREJUDICE.  The
8 Clerk shall close the file.  The Court orders that such
9 judgment be entered.

12 Dated:  February 13, 2015
13                                    JESUS G. BERNAL
                                United States District Judge

---

27      [1]The only remaining Defendant, Countywide Home Loans,
   Inc., should have previously been dismissed in the
28 Court's March 23, 2013 Order. (Doc. No. 22.)

2